UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 06-452 (RHK/JSM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | DEFAULT JUDGMENT AND |
| V. | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| ONE 1995 LEXUS GS3, VIN JT8JS47E2S0093676, | ) ) | |
| | ) | |
| DEFENDANT. | ) | |

Based on the motion of the United States for default judgment against all unknown persons and entities having an interest in the defendant and for an order forfeiting the 1995 Lexus GS3, VIN JT8JS47E2S0093676 to the United States free and clear of any and all claims; on all the files and records in this action; and on Court's finding as follows that:

1. on February 1, 2006, the United States filed a Complaint for Forfeiture *In Rem* verified by Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Peter A. Noble against the defendant;

2. a Warrant of Arrest and Notice *In Rem* was issued by the Clerk of Court on February 1, 2006, directing the Bureau of Alcohol, Tobacco, Firearms and Explosives to arrest the defendant; to serve all known persons and entities having an

interest in the defendant with a copy of the Summons, Complaint for Forfeiture *In Rem*, and Warrant of Arrest and Notice *In Rem*; and to give due notice to them to serve on the United States Attorney and file with the Clerk of Court a verified statement of interest in or right against the defendant within 30 days from the date of service and an answer to the Complaint for Forfeiture *In Rem* within 20 days from the filing date of the verified statement;

    3. the United States Attorney's Office published notice of the forfeiture action in *Finance and Commerce*, Minneapolis, Minnesota, on June 23, June 30 and July 7, 2006, to give notice to all unknown interested persons and entities of the verified statement of interest and answer requirements;

    4. the Bureau of Alcohol, Tobacco, Firearms and Explosives served Efference Gordon, Barry Voss on behalf of Efference Gordon, Karen Gordon and Lexus Financial Services with a Summons and a copy of the Complaint for Forfeiture and Warrant of Arrest and Notice *In Rem*; and

    5. No person or entity has filed a verified statement of interest and answer to the Complaint for Forfeiture *In Rem* and the time for filing them has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. default judgment is entered against Efference Gordon, Karen Gordon, Lexus Financial Services, and all unknown persons and entities having an interest in the defendant; and

2. the 1995 Lexus GS3, VIN JT8JS47E2S0093676 is forfeited to the United States free and clear of any and all claims by the defaulted persons and entities for disposition in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 9/12/06

s/Richard H. Kyle
RICHARD H. KYLE, Judge
United States District Court